PROB 12C
(4/19)

# United States District Court

## for

## District of New Jersey

## Withdraw Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Aaron Norman  **Docket Number:** 17-00022-001
  **PACTS Number:** 1869781

**Name of Sentencing Judicial Officer:**   THE HONORABLE MADELINE COX ARLEO
  UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 07/24/2017

**Original Offense:**   18 U.S.C. § 641; Public Money - Property or Records

**Original Sentence:** 5 months imprisonment, 12 months supervised release

**Special Conditions:** Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Gambling Restriction, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Educational Services, Mental Health Treatment, No New Debt/Credit, Other Condition, Self-Employment/Business Disclosure, Support Dependents

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/24/2017

**Assistant U.S. Attorney:** Jonathan W. Romankow, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter M. Carter (AFPD), Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

☑ To withdraw the petition for warrant issued on August 28, 2018
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On September 28, 2017, Norman was arrested by members of the Lindenwold Borough Police Department and charged with theft by deception. |
| 2 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On February 9, 2018, Norman was arrested by members of the East Brunswick Police Department and charged with resisting arrest/eluding after instructions to stop and contempt. |

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'** |
| | The offender failed to notify the probation office about the above mentioned arrest until February 20, 2018. |
| 4 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On March 29, 2018, Norman was arrested by members of the Franklin Police Department and charged with criminal attempt — omission step of commission theft by deception. |
| 5 | The offender has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'** |
| | Norman failed to notify the probation office about the above mentioned arrest. |
| 6 | The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | Since the commencement of supervision, Norman has failed to make any payments towards his restitution. |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*

By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien          December 7, 2020*
SHARON O'BRIEN            Date
Supervising U.S. Probation Officer

Prob 12C – page 3
Aaron Norman

---

THE COURT ORDERS:

☒ The Court approves the U.S. Probation Office's request to withdraw the Petition for Warrant issued on August 28, 2018 (as recommended by the Probation Office).   A status conference will be conducted via zoom on 1/27/21 at 2:00 p.m.

☐ The Issuance of a Summons. Date of Hearing: _____.

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_____12/29/20_____
Date